IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CRYSTAL HENSON,
o/b/o M.D.R.H., a minor,

          Plaintiff,

v.                    CIVIL ACTION NO.   3:20-0673

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,[1]

          Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Claimant's request to reverse the Commissioner's decision (ECF No. 12), grant the Commissioner's request to affirm his decision (ECF No. 13), affirm the final decision of the Commissioner, and dismiss this action from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Claimant's request to reverse the Commissioner's decision (ECF No. 12), **GRANTS** the Commissioner's request to affirm her decision (ECF No. 13),

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (stating that action survives regardless of any change in the person occupying the office of the Commissioner of Social Security).

**AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:      March 22, 2022

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE